CHARLES RUFFIN, APPELLANT, v. STATE TREASURER, WILLIAM H. ALBRIGHT ET AL., RESPONDENTS.

Submitted February 16, 1940—Decided April 25, 1940.

For the appellant, *Emil Neblo.*

For the respondents, *William J. Egan.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Bodine in the Supreme Court.

*For affirmance*—PARKER, CASE, DONGES, PORTER, HETFIELD, DEAR, WELLS, WOLFSKEIL, JJ.   8.

*For reversal*—PERSKIE, RAFFERTY, HAGUE, JJ.   3.